FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL F. HADLOCK, an individual, and Top Form Design, LLC, a Washington Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>MAD DOGG ATHLETICS, INC., a California Corporation,<br><br>    Defendant. | No. 1:20-CV-003177-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is Plaintiffs' Notice of Voluntary Dismissal, ECF No. 11. Plaintiffs state that they have settled this matter and are voluntarily dismissing the action with prejudice and without costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the notice of dismissal and hereby dismisses this case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED:**

1. All pending motions are **DISMISSED as moot**.

2. The above-captioned matter is **DISMISSED with prejudice**. Each party shall bear its own costs and attorney's fees.

3. The District Court Clerk is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 22nd day of July 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE *2**